IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

FREDERICK DOBBINS                  )
AND MARIANN DOBBINS                )
                                   )        CIVIL ACTION NUMBER
VS.                                )
                                   )             M-15-088
GREAT NORTHERN INSURANCE           )
COMPANY                            )

ORDER OF REMAND

On the 8th day of May, 2015, came on to be heard the Plaintiff's Motion to Remand (Docket Entry Number 8), and the Court after having considered said motion, the pleadings on file and the arguments of counsel, was of the opinion that said motion should be granted for the reasons stated on the record.

It is, therefore, ORDERED, ADJUDGED and DECREED that Plaintiff's Motion to Remand is GRANTED and the above-styled case is hereby REMANDED to the 398th Judicial District Court of Hidalgo County, Texas, and the Clerk shall take the necessary steps to effectuate said remand.

The Clerk shall send a copy of this Order of Remand to counsel for the parties.

DONE on this ___11th___ day of May, 2015, at McAllen, Texas.

_____
Ricardo H. Hinojosa
CHIEF U.S. DISTRICT JUDGE